UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**AMERICAN COMMERCIAL BARGE LINE LLC**                                    **PLAINTIFF**

**V.**                                    Civil Action No. 3:19-CV-817-RGJ

**JOHN DAVIS, ET AL.**                                    **DEFENDANTS**

\* \* \* \* \*

**AGREED ORDER OF DISMISSAL**

The Court, having been duly and sufficiently advised that Plaintiff American Commercial Barge Line LLC ("ACBL") and Defendant 4SonsSports L.L.C. ("4SonsSports") have reached a settlement, **HEREBY ORDERS AS FOLLOWS**:

(1) ACBL's claims against 4SonsSports alleged in its Complaint, DE [1], are hereby **DISMISSED, WITH PREJUDICE**;

(2) 4SonsSports's Counterclaim against ACBL alleged in its Answer and Counterclaim and Crossclaim, DE [11], is hereby **DISMISSED, WITH PREJUDICE**;

(3) 4SonsSports's Crossclaims against Defendants John Davis and Maureen Kelly Davis alleged in its Answer and Counterclaim and Crossclaim, DE [11], are hereby **DISMISSED, WITH PREJUDICE**;

(4) ACBL and 4SonsSports shall bear their own fees and costs;

(5) The Court shall retain jurisdiction over this matter to the extent necessary for the litigation of the other claims and issues still remaining and to enforce the settlement entered between ACBL and 4SonsSports.

Tendered by:

| | |
|---|---|
| s/ Darryl William Durham<br>Darryl William Durham<br>Weber & Rose, PSC<br>471 W. Main Street, Suite 400<br>Louisville, KY 40202<br>502-589-2200<br>502-589-3400 (fax)<br>ddurham@weberandrose.com<br>*Counsel for Defendant 4SonsSports L.L.C.* | s/ Bixler W. Howland<br>Bixler W. Howland<br>Bixler W. Howland, PSC<br>2721 Taylorsville Road<br>Louisville, KY 40205<br>502-694-9960<br>502-694-9962 (fax)<br>bixler@loulaw.com<br>*Counsel for Defendant Maureen Kelly Davis* |
| s/ Marc S. Murphy<br>Marc S. Murphy<br>Stites & Harbison, PLLC<br>400 W. Market Street, Suite 1800<br>Louisville, Kentucky 40202<br>mmurphy@stites.com<br>*Counsel for Defendant John Davis* | s/ Gwendolyn L. Snodgrass<br>Gwendolyn L. Snodgrass<br>2721 Taylorsville Rd.<br>Louisville, KY 40205<br>502-727-2854<br>502-694-9963 (fax)<br>Gwensnodgrass@gmail.com<br>*Counsel for Defendant Maureen Kelly Davis* |
| s/ Adam T. Goebel<br>Adam T. Goebel<br>Adam C. Reeves<br>Kevin A. Imhof<br>STOLL KEENON OGDEN PLLC<br>500 West Jefferson Street<br>Suite 2000<br>Louisville, KY 40202-2828<br>Adam.Goebel@skofirm.com<br>Adam.Reeves@skofirm.com<br>*Counsel for Plaintiff American Commercial Barge Line, LLC* | s/ Joseph A. Moloney<br>Joseph A. Moloney<br>Maria A Fernandez<br>Fernandez Haynes & Moloney PLLC<br>401 West Main Street, Suite 1807<br>Louisville, KY 40202<br>502-589-1101<br>jmoloney@fhmlegal.com<br>mfernandez@fhmlegal.com<br>*Counsel for Defendant Design Connection, LLC* |