UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**AMERICAN COMMERCIAL BARGE LINE LLC**     **PLAINTIFF**

**V.**     Civil Action No. 3:19-CV-817-RGJ

**JOHN DAVIS, ET AL.**     **DEFENDANTS**

\* \* \* \* \*

**AGREED ORDER OF DISMISSAL**

The Court, having been duly and sufficiently advised that Plaintiff American Commercial Barge Line LLC ("ACBL") and Defendant 4SonsSports L.L.C. ("4SonsSports") have reached a settlement, **HEREBY ORDERS AS FOLLOWS**:

(1) ACBL's claims against 4SonsSports alleged in its Complaint, DE [1], are hereby **DISMISSED, WITH PREJUDICE**;

(2) 4SonsSports's Counterclaim against ACBL alleged in its Answer and Counterclaim and Crossclaim, DE [11], is hereby **DISMISSED, WITH PREJUDICE**;

(3) 4SonsSports's Crossclaims against Defendants John Davis and Maureen Kelly Davis alleged in its Answer and Counterclaim and Crossclaim, DE [11], are hereby **DISMISSED, WITH PREJUDICE**;

(4) ACBL and 4SonsSports shall bear their own fees and costs;

(5) The Court shall retain jurisdiction over this matter to the extent necessary for the litigation of the other claims and issues still remaining and to enforce the settlement entered between ACBL and 4SonsSports.

Tendered by:

s/ Darryl William Durham
Darryl William Durham
Weber & Rose, PSC
471 W. Main Street, Suite 400
Louisville, KY 40202
502-589-2200
502-589-3400 (fax)
ddurham@weberandrose.com
*Counsel for Defendant 4SonsSports L.L.C.*

s/ Bixler W. Howland
Bixler W. Howland
Bixler W. Howland, PSC
2721 Taylorsville Road
Louisville, KY 40205
502-694-9960
502-694-9962 (fax)
bixler@loulaw.com
*Counsel for Defendant Maureen Kelly Davis*

s/ Marc S. Murphy
Marc S. Murphy
Stites & Harbison, PLLC
400 W. Market Street, Suite 1800
Louisville, Kentucky 40202
mmurphy@stites.com
*Counsel for Defendant John Davis*

s/ Gwendolyn L. Snodgrass
Gwendolyn L. Snodgrass
2721 Taylorsville Rd.
Louisville, KY 40205
502-727-2854
502-694-9963 (fax)
Gwensnodgrass@gmail.com
*Counsel for Defendant Maureen Kelly Davis*

s/ Adam T. Goebel
Adam T. Goebel
Adam C. Reeves
Kevin A. Imhof
STOLL KEENON OGDEN PLLC
500 West Jefferson Street
Suite 2000
Louisville, KY 40202-2828
Adam.Goebel@skofirm.com
Adam.Reeves@skofirm.com
*Counsel for Plaintiff American Commercial Barge Line, LLC*

s/ Joseph A. Moloney
Joseph A. Moloney
Maria A Fernandez
Fernandez Haynes & Moloney PLLC
401 West Main Street, Suite 1807
Louisville, KY 40202
502-589-1101
jmoloney@fhmlegal.com
mfernandez@fhmlegal.com
*Counsel for Defendant Design Connection, LLC*