UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:19-CV-817-RGJ

**AMERICAN COMMERCIAL BARGE LINE LLC**                                                              **PLAINTIFF**

**V.**

**JOHN DAVIS, ET AL.**                                                                                                **DEFENDANTS**

\* \* \* \* \*

**AGREED ORDER OF DISMISSAL**

The Court, having been duly and sufficiently advised that Plaintiff American Commercial Barge Line LLC ("ACBL") and Defendant Maureen Kelly Davis ("Ms. Davis") have reached a settlement, **HEREBY ORDERS AS FOLLOWS**:

(1) ACBL's claims against Ms. Davis alleged in its Complaint, DE [1], are hereby **DISMISSED, WITH PREJUDICE**;

(2) Ms. Davis's Crossclaim against Defendant John Davis alleged in her Answer and Counterclaim and Crossclaim, DE [11], is hereby **DISMISSED, WITH PREJUDICE**;

(3) 4SonsSports's Crossclaims against Defendants John Davis and Maureen Kelly Davis alleged in its Answer to Complaint on Behalf of Defendant, Maureen Kelly Davis and Cross-Claim, DE [9], is hereby **DISMISSED, WITH PREJUDICE**;

(4) ACBL and Ms. Davis shall bear their own fees and costs;

(5) The Court shall retain jurisdiction over this matter to the extent necessary to enforce the settlement entered between ACBL and Ms. Davis.

Tendered by:

s/ Marc S. Murphy
Marc S. Murphy
Stites & Harbison, PLLC
400 W. Market Street, Suite 1800
Louisville, Kentucky 40202
mmurphy@stites.com
*Counsel for Defendant John Davis*

s/ Bixler W. Howland
Bixler W. Howland
Bixler W. Howland, PSC
2721 Taylorsville Road
Louisville, KY 40205
502-694-9960
502-694-9962 (fax)
bixler@loulaw.com
*Counsel for Defendant Maureen Kelly Davis*

s/ Adam T. Goebel
Adam T. Goebel
Adam C. Reeves
Kevin A. Imhof
STOLL KEENON OGDEN PLLC
500 West Jefferson Street
Suite 2000
Louisville, KY 40202-2828
Adam.Goebel@skofirm.com
Adam.Reeves@skofirm.com
*Counsel for Plaintiff American Commercial Line, LLC*

s/ Gwendolyn L. Snodgrass
Gwendolyn L. Snodgrass
2721 Taylorsville Rd.
Louisville, KY 40205
502-727-2854
502-694-9963 (fax)
Gwensnodgrass@gmail.com
*Counsel for Defendant Maureen Kelly Davis*

February 19, 2021

*[Signature]*
Rebecca Grady Jennings, District Judge
United States District Court