UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**AMERICAN COMMERCIAL BARGE LINE LLC**     **PLAINTIFF**

**V.**     Civil Action No. 3:19-CV-817-RGJ

**JOHN DAVIS, ET AL.**     **DEFENDANTS**

\* \* \* \* \*

### AGREED ORDER OF DISMISSAL

The Court, having been duly and sufficiently advised that Plaintiff American Commercial Barge Line LLC ("ACBL") and Defendant John Davis, LLC have reached a settlement, **HEREBY ORDERS AS FOLLOWS**:

(1) ACBL's claims against John Davis alleged in its Complaint, DE [1], are hereby **DISMISSED, WITH PREJUDICE**;

(2) ACBL and John Davis shall bear their own fees and costs;

(3) The Court shall retain jurisdiction over this matter to the extent necessary for the litigation of the other claims and issues still remaining and to enforce the settlement entered between ACBL and John Davis.

Tendered by:

s/ Marc S. Murphy
Marc S. Murphy
Stites & Harbison, PLLC
400 W. Market Street, Suite 1800
Louisville, Kentucky 40202
mmurphy@stites.com
*Counsel for Defendant John Davis*

s/ Adam T. Goebel
Adam T. Goebel
Adam C. Reeves
Kevin A. Imhof
STOLL KEENON OGDEN PLLC
500 West Jefferson Street
Suite 2000
Louisville, KY 40202-2828
Adam.Goebel@skofirm.com
Adam.Reeves@skofirm.com
*Counsel for Plaintiff American Commercial Barge Line, LLC*